# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL SMITH<br><br>v.<br><br>COMMUNITY EDUCATION CENTERS, INC., *et al.* | CIVIL ACTION<br><br>NO. 18-5299 |

## ORDER RE: MOTION TO DISMISS

**AND NOW** this 10th day of May, 2019, upon consideration of Defendants' Motion to Dismiss (ECF 3), and Plaintiff's Response thereto (ECF 7), and for the reasons specified in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice, with leave to amend the Complaint within fourteen (14) days, otherwise judgment will be entered against Plaintiff.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5299 Smith v. Community Ed. Centers\18cv5299 Order re MTD.docx